Songer
v.
Manwaring.

---

## Songer, Administrator, *v.* Walker and Another, in Error.

IN an action of debt against an administrator, on a bond of the intestate, the defendant made default, and judgment was rendered against him for the debt and costs *de bonis propriis.* The Court held the judgment to be erroneous (1).

*Wednesday, May* 14.

(1) The plaintiffs in the Court below might have had this judgment amended there, on motion, even after a transcript of the record had been transmitted to this Court. They could then have alleged a diminution, had a transcript of the amended record brought up by a writ of certiorari, and have thus prevented a reversal of the judgment. *Short* v. *Coffin,* 5 Burr. 2730. And the mistake, being in the form of the judgment, might have been amended at a term subsequent to that in which the judgment was rendered. Per *Heath,* J. in *Burroughs* v. *Stevens,* 5 Taunt. 554. Vide also *Usher* v. *Dansey,* 4 Maule & Selw. 94.—*Richardson* v. *Mellish,* 3 Bing. 334.—*Lambert* v. *Blackman,* ante, p. 59, and note 2.—*Fite* v. *Doe,* ante, p. 127, 132.